**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS TO MODIFY STAY**

All Cases: Debtor(s)  Mayra Solis                     Case No. 19-08108         Chapter  7

All Cases: Moving Creditor  MidFirst Bank             Date Case Filed  March 22, 2019

Nature of Relief Sought: ☒ Lift Stay      ☐ Annul Stay      ☐ Other (describe) _____

Chapter 7:  ____   No-Asset Report Filed on _____
            _X_    No-Asset Report not Filed, Date of Creditors Meeting  April 25, 2019

1. Collateral
   a. Home  2311 Huron Ter, Waukegan, IL 60087
   b. Car Year, Make and Model  _____
   c. Other (describe)  _____

2. Balance owed as of Petition Date is in excess of $ 93,000.00
   Total of all other liens including collateral $0.00

3. In chapter 13 cases, attach a payment history listing the amount and dates of all payments received from the debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in **all** cases)  $ 101,582.00

5. Default
   a. Pre-Petition Default
      Number of months  2   Amount  $1,595.38

   b. Post-Petition Default
      i. On direct payments to the moving creditor
         Number of months  1   Amount  $797.69

      ii. On payments to the Standing Chapter 13 Trustee
          Number of months _____   Amount $_____

6. Other Allegations
   a. Lack of Adequate Protection § 362 (d) (1)
      i.   No Insurance _____
      ii.  Taxes Unpaid _____   Amount $_____
      iii. Rapidly depreciating asset _____
      iv.  Other _____

   b. No Equity and not Necessary for an Effective Reorganization § 362 (d) (2)  _X_

   c. Other "Cause" § 362 (d) (1) _____
      i.   Bad Faith (describe) _____
      ii.  Multiple filings _____
      iii  Other (describe) _____

   d. Debtor's Statement of Intention regarding the collateral
      i.   ☐ Reaffirm                ii. ☐ Redeem
      iii. ☐ Surrender               iv. ☒ Other: Debtor will retain collateral and continue to make regular payments

   Date:  April 18, 2019                        /s/ Michael N. Burke
                                                Counsel for Movant